**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1074**

---

KEITH ROBERTSON,

Plaintiff - Appellant,

versus

COMPTROLLER OF TREASURY FOR MARYLAND,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-99-3078-L))

---

Submitted: April 13, 2000   Decided: June 16, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Keith Robertson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Robertson appeals the district court's order denying his motion for a temporary restraining order and dismissing his complaint based on, <u>inter alia</u>, sovereign immunity.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Robertson v. Comptroller of the Treasury for Maryland</u>, No. CA-99-3078-L (D. Md. Dec. 28, 1999). Further, we deny Robertson's motion for a preliminary restraining order and a temporary and permanent injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Kevin Robertson and Christine Robertson were also parties in the district court, but they did not sign the notice of appeal. <u>See</u> <u>Covington v. Allsbrook</u>, 636 F.2d 63, 64 (4th Cir. 1980).